**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

LUIGINO'S, INC.,
a Minnesota corporation,

Plaintiff,

vs.

ROBERT PETERSON, individually, and
IBP, INC., a Delaware Corporation.

Defendants.

Court File No. 00-CV-1246 DWF/RLE

**STIPULATION AND ORDER TO EXTEND TIME TO ANSWER**

---

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED by and between the parties signing below, through their respective counsel, that defendants Robert Peterson and IBP, Inc. shall have until June 28, 2000 to answer or otherwise respond to plaintiff Luigino, Inc.'s Complaint.

DATED: June 6, 2000

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

By: Sonja Larson
Ronald J. Schutz (#130849)
Sonja A. Larson (#0286813)

2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, Minnesota 55402-2015
(612) 349-8500

ATTORNEYS FOR DEFENDANTS
ROBERT PETERSON AND IBP, INC.

2241430.1

FILED JUN 0 7 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD_______
DEPUTY CLERK_______

DATED: June 6th, 2000

DORSEY & WHITNEY LLP

By: Amy K. Rotenberg
Amy K. Rotenberg (# 0265081)

220 South 6th Street
Minneapolis, Minnesota 55402
(612) 340-2600

ATTORNEYS FOR PLAINTIFF
LUIGINO'S, INC.

**ORDER**

IT IS HEREBY ORDERED that, pursuant to the foregoing Stipulation, defendants Robert Peterson and IBP, Inc. shall have until June 28, 2000, to answer or otherwise respond to the Complaint of plaintiff Luigino's, Inc. in this matter.

BY THE COURT:

DATED: June 7, 2000

Raymond L. Erickson
Magistrate Judge of the U.S. District Court