**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

Case No.: 00-CV-1246 DWF/RLE

Luigino's, Inc.,
a Minnesota corporation,

Plaintiff,

vs.

Robert Peterson, individually, and
IBP, Inc., a Delaware corporation,

Defendants.

**STIPULATION AND ORDER**

For purposes of protecting confidential information during discovery in the above-referenced case, plaintiff Luigino's, Inc. ("Luigino's") and defendants Robert Peterson and IBP, inc. (collectively "IBP"), have agreed and stipulated, through their respective counsel, to the entry of an order for the protection of trade secrets and other confidential research, development, financial, or commercial information that may be produced or otherwise disclosed by them during the course of this action.

NOW, THEREFORE, Luigino's and IBP stipulate that the following procedure shall be adopted for the protection of confidential and proprietary information:

Whenever a document or thing produced by any party involves a disclosure of information that the Producing Party deems to be HIGHLY-CONFIDENTIAL INFORMATION and wishes to be made subject to this Stipulation and Order, the Producing Party shall designate the appropriate level of confidentiality by marking the document or thing with the following (or similar) legend at the time it is turned over to the Receiving Party or to the Court:

**ATTORNEYS' EYES ONLY**



FILED DEC 01 2000
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK

In the event that any documents, things, or information that has been designated HIGHLY-CONFIDENTIAL INFORMATION is included with or the contents thereof are in any way disclosed in any pleading, motion, deposition transcript, affidavit, declaration, or other paper filed with the clerk of the court, such documents, things, or information and related materials shall be filed with the clerk of the court in sealed envelopes prominently marked with the caption of this case, the identity of the party filing the envelope, and the following (or similar) notation:

**CONFIDENTIAL**
**ATTORNEYS' EYES ONLY**
**DATED _________, 2000**
**Case No. 00-CV-1246 DWF/RLE**

**THIS ENVELOPE IS NOT TO BE OPENED NOR THE CONTENTS THEREOF DISPLAYED, COPIED, OR REVEALED EXCEPT BY COURT ORDER OR BY AGREEMENT OF THE PARTIES.**

The clerk of the court is ordered to file under seal any document that is submitted in such sealed envelopes. Unless otherwise ordered by the Court, any document, paper, or thing filed under seal pursuant to this Order shall be kept from public inspection, including inspection by attorneys and parties to other actions. Sealed materials shall be opened or destroyed only upon further order of the Court.

DATED: December 1, 2000

DORSEY & WHITNEY, L.L.P.

By: ______________________

George G. Eck
James D. Kremer
220 South 6th Street
Minneapolis, MN 55402

Attorneys for Plaintiff
Luigino's, Inc.

DATED: Dec. 1, 2000

ROBINS, KAPLAN, MILLER & CIRESI, L.L.P.

By: ______________________

Ronald J. Schutz
Emmett J. McMahon
Rita Coyle DeMeules
Keiko L. Sugisaka
Misti Nelc
2800 LaSalle Plaza
800 LaSalle Ave. S.
Minneapolis, MN 55402-2015
(612) 349-8500

Attorneys for Defendants
Robert Peterson and IBP, inc.

IT IS SO ORDERED, with the consent of the parties, this ______ day of

Dec. 1, 2000.

The Honorable Donovan W. Frank
United States District Court Judge

# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

OFFICE OF THE CLERK
316 N. Robert St., Rm 708
St. Paul, MN 55101

## Clerks Notice In Re: Protective Order

A Protective/Confidentiality Order has been entered in this action. You must comply with the guidelines set forth below when filing confidential original documents with the Clerk of U. S. District Court. Failure to do so will cause the documents to be returned.

***Guidelines for filing with the Clerk:***

A. Documents are to be sealed (closed, fastened, taped, or otherwise secured) in an envelope of comparable size no larger than 9 by 12 (LR5.1 All pleadings, motions, and other papers presented for filing shall be on 8 ½ x 11 inch white paper...flat and unfolded. This rule does not apply to (1) exhibits submitted for filing; and, (2) documents filed in removed actions prior to removal from the state courts.)

B. Each envelope must list the following information, and each document is to be in a separate envelope.
- Action/case number
- Brief action/case title
- Party, name, and complete title of document (i.e. Deft. Johnson's Motion for Dismissal) must be noted on each envelope. Motions, affidavits and memorandums are considered three separate documents).
- The word "SEALED" or "CONFIDENTIAL"

***Guidelines for filing with a U. S. District Judge or Magistrate Judge:***

In addition to the above procedures, copies for delivery to the U. S. District Judge or U. S. Magistrate Judge are to be marked accordingly and bound together as a set.