ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| LUIGINO'S, INC., a Minnesota corporation, Plaintiff, v. ROBERT PETERSON, individually, and IBP, INC., a Delaware corporation, Defendants. | Civil Action No. 00-CV-1246 DWF/RLE **STIPULATION AND ORDER TO EXTEND PRETRIAL SCHEDULING ORDER** |

It is hereby stipulated by and between the parties that the following deadlines contained in the Court's October 13, 2000 Pretrial Scheduling Order are extended as follows:

1. The deadline for serving Defendants' expert disclosures is extended until May 16, 2001.
2. The deadline for serving Plaintiff's rebuttal expert disclosures is extended until June 1, 2001.
3. All other deadlines contained in the Court's October 13, 2000 Pretrial Scheduling Order remain the same and are not changed under this stipulation.

**IT IS HEREBY STIPULATED AND ORDERED:**

Dated: April 19, 2001

**DORSEY & WHITNEY, LLP**

BY: [signature]
James D. Kremer (#211461)
Pillsbury Center South
220 South Sixth Street
Minneapolis, Minnesota 55402
Telephone: 612.340.7859

**ATTORNEYS FOR PLAINTIFF LUIGINO'S, INC.**

2280081.1

97

FILED APR 24 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: April 19, 2001

**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

BY: Keiko Sugisaka

Keiko L. Sugisaka (#266152)
2800 LaSalle Plaza
800 LaSalle Avenue South
Minneapolis, Minnesota 55402-2015
Telephone: 612.339.4181

**ATTORNEYS FOR DEFENDANTS**
**ROBERT PETERSON AND IBP, INC.**

Dated: 4/24/01

Raymond L. Erickson

The Honorable Raymond Erickson
United States Magistrate Judge