420414

**UNITED STATES DISTRICT COURT**
**District of Minnesota**

**PETITION FOR ADMISSION PRO HAC VICE**

Case Number: 00-CV-1246 DWF/RLE
Affidavit of Movant

I, James D. Kremer, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Daniel P. Osterndorf, an attorney, admitted to practice in the Middle District of Florida, but not admitted to the bar of this court who will be counsel for the plaintiff in the case(s) listed below. I am aware that the local rules of this court require that I participate in the preparation and presentation of the case(s) listed below, and that I accept service of all papers served.

Signature Date 6/27/01

Minnesota Attorney License Number: 211461

Law Firm Name & Address: Dorsey & Whitney, LLP
220 South Sixth Street
Minneapolis, Minnesota 55402
Telephone: (612) 340-2772 Fax: (612) 340-2868

Affidavit of Proposed Admittee

I, Daniel P. Osterndorf, am currently a member in good standing of the U.S. District Court for the MiddleDistrict of Florida, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed below, and must accept service of all papers served.

Daniel P. Osterndorf
Type/Print Name Signature Date 6-25-01

Attorney License Number: 0119751

Law Firm Name & Address: Drage, deBeaubien, Knight, Simmons, Mantzaris & Neal, LLP
332 North Magnolia Avenue
P.O. Box 87
Orlando, FL 32802
Telephone: (407) 422-2454 Fax: (407) 849-1845

Case Number. 00-CV-1246 DWF/RLE
Case Title: Luigino's, Inc. v. Peterson, et al.

Motion Granted:
For the Court, Francis E. Dosal. Clerk

JUN 28 2001
Date

Note: The original. of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

**Clerk, U.S. District Court**
**Federal Building. Room 708**
**316 North Robert Street**
**St Paul, Minnesota 55101**

12/97

FILED JUN 28 2001
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK