UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

RECEIVED
01 JUL -6 PM 12:05
CLERK, U.S. DIST. COURT
MINNEAPOLIS, MN

LUIGINO'S, INC.,
a Minnesota corporation,

Plaintiff,

v.

ROBERT PETERSON, individually,
and IBP, INC., a Delaware corporation,

Defendants.

Civil Action No. 00-CV-1246 DWF/RLE

**STIPULATION AND ORDER REGARDING SCHEDULE AND BRIEFS RELATED TO SUMMARY JUDGMENT MOTIONS**

It is hereby stipulated by and between the parties that the following deadlines and page limitations will be used for purposes of serving, and later filing, Motions for Summary Judgment in this case:

1. A hearing on Motions for Summary Judgment is currently scheduled for August 17, 2001.

2. The deadline for serving opening briefs related to Motions for Summary Judgment will be July 16, 2001. Opening briefs will be served by facsimile on July 16, 2001, and all Motion papers will also be served on July 16, 2001 either personally or by overnight service for delivery on July 17, 2001.

3. The deadline for serving briefs in opposition related to Motions for Summary Judgment will be July 31, 2001. Opposition briefs will be served by facsimile on July 31, 2001, and all Motion papers will also be served on July 31, 2001 either personally or by overnight service for delivery on August 1, 2001.

FILED JUL 16 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

4. The deadline for serving Reply briefs related to Motions for Summary Judgment, and filing all motion papers, will be August 6, 2001.

5. The parties hereby agree, subject to the District Court's approval, to the following modification to the page limits for dispositive motions set forth in Local Rule 7.1 (c). Opening and Reply briefs by any movant shall not exceed a cumulative total of 50 pages. Opposition briefs shall not exceed 35 pages.

**IT IS HEREBY STIPULATED:**

**DORSEY & WHITNEY, LLP**

Dated: July 6, 2001.

By: ____________________
James D. Kremer (#211461)
Pillsbury Center South
220 South Sixth Street
Minneapolis, Minnesota 55402
Telephone: 612-340-7859

**ATTORNEYS FOR PLAINTIFF LUIGINO'S, INC.**

**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

Dated: July 6, 2001.

By: ____________________
Rita Coyle DeMeules (#191644)
Keiko L. Sugisaka (#266152)
2800 LaSalle Plaza
800 LaSalle Avenue South
Minneapolis, Minnesota 55402-2015
Telephone: 612-339-4181

**ATTORNEYS FOR DEFENDANTS ROBERT PETERSON AND IBP, INC.**

**SO ORDERED.**

Dated: July 16, 2001

DONOVAN W. FRANK
Judge of United States District Court

# Please forward this announcement to the recipient of this fax.

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

## For additional information on either program please visit our website at www.mnd.uscourts.gov.

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500