**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Luigino's Inc., Civil No. 00-1246 (DWF/RLE)

Plaintiff,

v. **ORDER**

Robert Peterson, individually, and
IBP, Inc., a Delaware corporation;

Defendants.

---

James D. Kremer, Esq., Julie G. Meany, Esq., and Matthew M. Shors, Esq., Dorsey & Whitney, 50 Sixth Street, Suite 1500, Minneapolis, MN 55402; John C. Richards, III, Esq., Trenti Law Office, 222 First Street North, Suite 1000, P.O. Box 958, Virginia, MN 55792; Dale T. Gobel, Esq., Daniel J. O'Malley, Stephen Jacobs, Esq., Daniel P. Osterndorf, Esq., and Bart R. Valdes, Esq., Drage deBeaubien Knight Simmons Mantzaris & Neal, 332 Magnolia Avenue North, P.O. Box 87, Orlando, FL 32802, counsel for Plaintiff.

Ronald J. Schutz, Esq., Emmett J. McMahon, Esq., Rita C. DeMeules, Esq., Keiko L. Sugisaka, Esq., and Misti Nelc, Esq., Robins Kaplan Miller & Ciresi, 2800 LaSalle Plaza, 800 LaSalle Avenue, Minneapolis, MN 55402-2015, counsel for Defendants.

---

This matter is before the Court upon Plaintiff's appeal of Magistrate Judge Raymond L. Erickson's order dated July 25, 2001. Plaintiff appeals the denial of Luigino's Motion to Compel pertaining to its request to perform site inspections of Defendant, IBP, Inc.'s, production facilities and the granting of Defendants' Motion to Compel the production of a cartoon commissioned by Luigino's Chairman of the Board of Director, Jeno F. Paulucci. Defendants oppose Plaintiff's appeal. The Court must modify or set aside any portion of the Magistrate Judge's order found to be clearly erroneous or contrary to law. *See* 28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. P. 72(a); Local Rule 72.1(b)(2). This is an "extremely deferential standard." *Reko v. Creative Promotions, Inc.*, 70

FILED NOV 15 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

F. Supp. 2d 1005, 1007 (D. Minn. 1999). The Court denies Plaintiff's appeal and affirms Magistrate Judge Erickson's order of July 25, 2001, in all respects.

The Court finds that Magistrate Judge Erickson's order is neither clearly erroneous nor contrary to law.

Accordingly, **IT IS HEREBY ORDERED** THAT:

1. Magistrate Judge Raymond L. Erickson's order of July 25, 2001 (Doc. No. 128), is **AFFIRMED.**

Dated: November 15, 2001

DONOVAN W. FRANK
Judge of United States District Court