**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Luigino's Inc., Civil No. 00-1246 (DWF/RLE)

Plaintiff,

v. **ORDER**

Robert Peterson, individually, and
IBP, Inc., a Delaware corporation,

Defendants.

---

James D. Kremer, Esq., Julie G. Meany, Esq., and Matthew M. Shors, Esq., Dorsey & Whitney, 50 Sixth Street, Suite 1500, Minneapolis, MN 55402; John C. Richards, III, Esq., Trenti Law Office, 222 First Street North, Suite 1000, P.O. Box 958, Virginia, MN 55792; Dale T. Gobel, Esq., Daniel J. O'Malley, Stephen Jacobs, Esq., Daniel P. Osterndorf, Esq., and Bart R. Valdes, Esq., Drage deBeaubien Knight Simmons Mantzaris & Neal, 332 Magnolia Avenue North, P.O. Box 87, Orlando, FL 32802, counsel for Plaintiff.

Ronald J. Schutz, Esq., Emmett J. McMahon, Esq., Rita C. DeMeules, Esq., Keiko L. Sugisaka, Esq., and Misti Nelc, Esq., Robins Kaplan Miller & Ciresi, 2800 LaSalle Plaza, 800 LaSalle Avenue, Minneapolis, MN 55402-2015, counsel for Defendants.

---

This matter is before the Court upon Plaintiff's appeal of that part of Magistrate Judge Raymond L. Erickson's order dated October 22, 2001, which denied Plaintiff's motion to compel further answers to interrogatories dated May 31, 2001, denied Plaintiff's motion to compel the deposition of Manuel Martinez, an employee of Specialty Brands, Inc., regarding the creation of a document bearing bates number PWC 0302, and denied Plaintiff's motion to compel production of documents upon which PWC 0302 was based. The appeal is opposed by the Defendants. The Court must modify or set aside any portion of the Magistrate Judge's order found to be clearly erroneous or contrary to law. *See* 28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. P. 72(a); Local Rule 72.1(b)(2). This

FILED DEC 11 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

is an "extremely deferential standard." *Reko v. Creative Promotions, Inc.*, 70 F. Supp. 2d 1005, 1007 (D. Minn. 1999).

Based upon the submissions and arguments of counsel and the Court having reviewed the contents of the file in this matter, and being otherwise duly advised in the premises, the Court finds and concludes that Magistrate Judge Erickson's order of October 22, 2001, is neither clearly erroneous nor contrary to law.

Accordingly, **IT IS HEREBY ORDERED**:

1. Magistrate Judge Raymond L. Erickson's order of October 22, 2001 (Doc. No. 187) is **AFFIRMED** in its entirety.

2. Plaintiff's appeal of the order (Doc. No. 188) is **DISMISSED**.

Dated: December 11, 2001

DONOVAN W. FRANK
Judge of United States District Court