UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Luigino's, Inc.,

Plaintiff,

Civil 00-1246 DWF/RLE

v.

Robert Peterson, individually, and
IBP, Inc., a Delaware Corporation.

Defendants.

COST JUDGMENT

The costs of Defendants have been taxed and allowed by the Clerk of this Court against Plaintiff as follows:

| | Claimed | Allowed |
|---|---|---|
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | $25,691.34 | $21,473.84 |
| | ($915.47withdrawn) | |
| Fees for exemplification and copies | $3,046.87 | $ 0 |
| TOTAL: | $28,738.21 | $21,473.84 |

Costs, therefore, are taxed in the sum of Twenty One Thousand Four Hundred Seventy-Three Dollars and 84/100 ($21,473.84) in favor of Defendants Robert Peterson and IBP, Inc. and against Plaintiff Luigino's Inc. and judgment is entered accordingly. Motion for review by the Court may be made within five days hereafter and filed with the Clerk.

Dated at Minneapolis, Minnesota, this day of May 16, 2003.

RICHARD D. SLETTEN, CLERK

By Amy M. Leonetti
Amy M. Leonetti
Law Clerk

FILED MAY 16 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED MAY 16 2003
DEPUTY CLERK'S INITIALS