UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Luigino's, Inc.,
a Minnesota corporation,

Plaintiff,

vs.

Robert Peterson, individually, and
IBP, Inc., a Delaware corporation,

Defendants.

Civil File No. 00-CV-1246 DWF/RLE

**ORDER**

---

This matter came on without hearing before The Honorable Donovan W. Frank, on the 8th of September, 2003, on Plaintiff's. Based upon the Motion, supporting Memorandum of Law, and upon all the files, records, and proceedings herein, it is hereby ORDERED AND ADJUDGED:

1. Plaintiff's Motion for the Clerk to Retain All Documents and Other Materials in Excess of the Time Stated in Local Rule 79.1(d), is hereby GRANTED;

2. the Clerk of the Court shall retain the models, diagrams, exhibits and/or documents during the pendency of the proceedings in the Supreme Court of the United States;

3. if the proceedings in the Supreme Court of the United States terminate with a remand to the Eighth Circuit Court of Appeals, the appeal of this matter will be deemed not to have been "finally decided" pursuant to Local Rule 79.1(d) and, as such, the time for removal of the models, diagrams, exhibits and documents described therein shall not begin to run until the appeal is "finally decided" in such Court; and

FILED SEP 0 8 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

4. if the proceedings in the Supreme Court of the United States terminate without a remand to the Eighth Circuit Court of Appeals, the appeal of this matter will be deemed to have been "finally decided" as of the date of such decision by the Supreme Court of the United States, pursuant to Local Rule 79.1(d) and, as such, the time for removal of the models, diagrams, exhibits and documents described herein shall commence as of that date.

Dated: 9-08, 2003:

Donovan W. Frank
Judge of the United States District Court
District of Minnesota